# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**MADELYN CORBETT,**

        **Plaintiff,**

**-vs-**          Case No.  3-:05-CV-037

**CENTRAL STATE UNIVERSITY,**

         Judge Thomas M. Rose

        **Defendant.**

---

**ENTRY AND ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT (Doc. #4); ORDERING THE CLERK TO FILE THE AMENDED COMPLAINT AND ORDERING THE CLERK TO INDICATE THAT DEFENDANT'S MOTION TO DISMISS (Doc. #3) IS WITHDRAWN**

---

Now before the Court is Plaintiff's Motion for Addition and Deletion of Parties Defendant (Doc. #4.) Pursuant to this Motion, the Plaintiff seeks to amend her Complaint to add Mr. John W. Garland as the Defendant and remove Central State University as the Defendant. The Attorney General of Ohio, who represents the Defendant, has indicated that he does not oppose this Motion. (Doc. #6.) Therefore, pursuant to Fed.R.Civ.P. Rule 21, the Motion is granted and the Clerk is hereby ordered to file Plaintiff's First Amended Complaint that is attached as Exhibit 1 to the Motion.

After seeing the Amended Complaint, the Attorney General of Ohio has also withdrawn his Motion To Dismiss Plaintiff's original Complaint. Therefore, the Clerk is hereby ordered to indicate that the Defendant's Motion To Dismiss (Doc. #3) is withdrawn.

**DONE** and **ORDERED** in Dayton, Ohio, this Nineteenth day of July, 2005.

                                                      s/Thomas M. Rose

                                          _____
                                                      THOMAS M. ROSE
                                         UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record